IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER AND ZOELA JAURAN, et al.,

       Plaintiffs,

  v.

K-MART CORPORATION, et al.,

       Defendants.
_____/

CIV. S-06-530-DFL-KJM

<u>ORDER RE DISPOSITION AFTER
NOTIFICATION OF SETTLEMENT</u>

    The court has been advised by plaintiffs' attorney, Alan J. Jang, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than May 25, 2007; and

//

//

1

1     2.  That all hearing dates previously set in this matter
2 are vacated.
3     IT IS SO ORDERED.
4 Dated:  May 7, 2007

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge

2